Frances B. Stella, Esq. (FBS-3339)
**WOLF BLOCK LLP**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700

Attorneys for Defendants:
Cushman & Wakefield, Inc. and
Cushman & Wakefield 111 Wall, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILSON VALDEZ (AND WIFE, JIMENA SOLIS,<br><br>Plaintiffs,<br><br>-against-<br><br>111 WALL STREET, LLC *et al.*<br><br>Defendants. | 21 MC 102 (AKH)<br><br>Index No. 07-CV-01541-AKH<br><br>**CERTIFICATION OF SERVICE** |

Lindsay P. Kern, being duly sworn, deposes and says:

1.  I am an attorney at law in the State of New Jersey and an associate for the law firm of WolfBlock LLP, attorneys for Defendants, Cushman & Wakefield, Inc. and Cushman & Wakefield 111 Wall, Inc. with respect to the above matter. I am fully familiar with the matters hereinafter set forth.

2.  On August 20, 2008, I served the within NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT via regular U.S. Mail, by depositing a true copy of same, securely enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New Jersey upon the following parties:

    Worby Groner Edelman & Napoli Bern LLP
    Attorneys for Plaintiffs
    (212) 267-3700
    In Re Lower Manhattan Disaster Site Litigation
    350 Fifth Avenue, Suite 7413
    New York, NY 10118

    Robert A. Grochow, Esq.
    233 Broadway, 5th Floor
    New York, NY 10279

    Gregory J. Cannata, Esq.
    233 Broadway, 5th Floor
    New York, NY 10279
    Liaison Counsel for Plaintiffs

3.     I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                 Lindsay P. Kern, Esq.