Frances B. Stella, Esq. (FBS-3339)
WolfBlock LLP
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-5700

Attorneys for Defendants:
CUSHMAN & WAKEFIELD, INC.
CUSHMAN & WAKEFIELD 111 WALL, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X    21 MC 102 (AKH)

WILSON VALDEZ (AND WIFE, Jimena Solis)    Index No. 07-CV-01541-AKH

                              Plaintiffs,    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-

111 WALL STREET LLC, *et al.*    **ELECTRONICALLY FILED**

                              Defendants.
----------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, CUSHMAN & WAKEFIELD, INC. and CUSHMAN & WAKEFIELD 111 WALL, INC., by their attorneys, WOLFBLOCK LLP, as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 3, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the Defendants, CUSHMAN & WAKEFIELD, INC. and CUSHMAN & WAKEFIELD 111 WALL, INC., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

ROS:946875.1

- 2 -

Dated: Roseland, New Jersey
August 20, 2008

        WolfBlock LLP
        Attorneys for the Defendants
        CUSHMAN & WAKEFIELD, INC. and
        CUSHMAN & WAKEFIELD 111 WALL, INC.

        By: /s/ Frances B. Stella
            Frances B. Stella, Esq.
            101 Eisenhower Parkway
            Roseland, New Jersey 07068
            (973) 228-5700

To: Worby Groner Edelman & Napoli Bern LLP
Attorneys for Plaintiff
In Re Lower Manhattan Disaster Site Litigation
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

Plaintiff Liaison Counsel

Defense Counsel

ROS:946875.1